No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor. The punishment assessed is a fine of $100.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the possession of marijuana; the punishment, five years in the penitentiary.

No statement of facts or bills of exception appear in the record. Nothing is presented for review by this court.

The judgment is affirmed.

Floyd WEATHERTON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27278.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

Lordie B. WILLIAMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27288.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.